UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-22764-GAYLES/WHITE

**WALTER LEE WRIGHT,**
        **Plaintiff,**

    v.

**CRISTINA MIRANDA; MAUREEN
TULLOCH; and JOHN/JANE DOE,**
*Clerk of Court, Eleventh Judicial Circuit*,
        **Defendants.**
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Magistrate Judge Patrick A. White's Report of Magistrate Judge (the "Report") [ECF No. 8], entered on August 16, 2016. Plaintiff Walter Lee Wright, proceeding *pro se*, filed a Complaint in this Court against Defendants Cristina Miranda, Circuit Judge of the Eleventh Judicial Circuit in and for Miami-Dade County, who presided over the Plaintiff's criminal proceedings in the Circuit Court; Maureen Tulloch, Deputy Clerk of the Eleventh Judicial Circuit; and the Clerk of Court of the Eleventh Judicial Circuit [ECF No. 1]. The matter was referred to Judge White, pursuant to Administrative Order 2003-19 of this Court, for a ruling on all pretrial, nondispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 3]. Judge White's Report recommends that the Complaint be dismissed, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief can be granted. The Plaintiff timely filed objections to the Report [ECF No. 11] ("Objections").

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also*

Fed. R. Civ. P. 72(b)(3). The Court has undertaken a *de novo* review of the Report, the Objections, and the record in this case and agrees with the well-reasoned analysis and recommendations contained in the Report. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report of Magistrate Judge [ECF No. 8] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

The Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITH PREJUDICE**.

This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of October, 2016.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE